GARY M. RESTAINO
United States Attorney
District of Arizona
LISA E. JENNIS
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: lisa.jennis@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR-23-00510-PHX-DLR (MTM)

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIO: 18 U.S.C. §§ 922(g)(5) and 924(a)(8) (Alien in Possession of a Firearm) Counts 1 and 2 |
| vs. | |
| | 18 U.S.C. § 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |
| 1. Victor Alfonso Apodaca-Aguilar (Count 1) | |
| 2. Jose Bernardo Vega-Ruiz (Count 2) | |
| 3. Hector Alvarado-Aboyte, (Count 2) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 9, 2023, in the District of Arizona, defendant VICTOR ALFONSO APODACA-AGUILAR, did possess, in and affecting interstate commerce, a firearm, that is a Taurus G2C, 9mm, semiautomatic pistol, SN: 1C141180. Defendant knowingly possessed the firearm, knowing that he was illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## COUNT 2

On or about March 9, 2023, in the District of Arizona, defendants BERNARDO VEGA-RUIZ and HECTOR ALVARADO-ABOYTE, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is a Rock Island Armory .45 caliber pistol, SN: RIA2123544, thirteen rounds of .40 caliber pistol ammunition; and forty-seven rounds of 5.56 rifle ammunition. Each defendant knowingly possessed the firearm and ammunition, knowing that he was illegally and unlawfully in the United States.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense:

1. a Taurus G2C, 9mm, semiautomatic pistol, SN: 1C141180 and associated ammunition,

2. a Rock Island Armory .45 Caliber pistol, SN: RIA2123544 and associated ammunition,

3. Beretta Type 92X 9MM pistol, SN: 92X0058310 and associated ammunition,

4. Springfield Armory .40 Caliber pistol, SN: MG35177 and associated ammunition,

5. AR-15 style firearm with no make, model or serial number and associated ammunition,

6. Twenty-seven rounds of .45 caliber pistol ammunition,

7. Thirteen rounds of .40 caliber pistol ammunition, and

8. Forty-seven rounds of 5.56 rifle ammunition

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 4, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
LISA E. JENNIS
Assistant U.S. Attorney