GARY M. RESTAINO
United States Attorney
District of Arizona
LISA E. JENNIS
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Lisa.Jennis@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Victor Alfonso Apodaca Aguilar,<br><br>Defendant. | Case No.  CR-23-00510-1-PHX-DLR<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

Defendant Victor Alfonso Apodaca Aguilar appears before the Court for sentencing following his guilty plea to count 1 of the Indictment, Alien in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8).  The United States requests that the Court impose a sentence of 18 months in prison, followed by three years of supervised release.

## I.  FACTUAL BACKGROUND

On March 9, 2023, Border Patrol Agents executed a search warrant at a residence believed to be used for human smuggling.  They found four undocumented adult males, and five firearms identified as: a Taurus G2C 9mm pistol, SN: 1C141180; a Rock Island Armory, Model 1911-A1, .45 Caliber pistol, SN: RIA2123544; Beretta 92X 9mm pistol, SN: 92X0058310; Springfield Armory, model XDM-40, .40 Caliber pistol, SN: MG35177; and an AR-15 style firearm with no make, model or serial number.   Also, found was a 30

round 5.56 caliber magazine; two .45 caliber magazines; three .40 caliber magazines; a 9mm caliber magazine; 13 rounds of .40 caliber ammunition; 27 rounds of .45 caliber ammunition; and 47 rounds of 5.56 ammunition. Of the five firearms found, two were found in a bedroom occupied by two of the defendants. The other three firearms were found in an unoccupied bedroom.

All four men were interviewed and admitted being citizens of Mexico and being illegally present in the United States. Three of the men were charged in this current case. All were Mirandized and agreed to speak with the agents.

Victor Alfonso Apodaca AGUILAR admitted purchasing the Taurus G2C found in the unoccupied bedroom for $350 USD. AGUILAR admitted living at the residence in one of the bedrooms but not the bedroom where the firearm was located. Also, found in his bedroom was 48 grams of methamphetamine which appeared to be packaged for distribution. PSR ₱ 7.

Jose Bernardo VEGA-Ruiz stated that he lived at the house and shared a bedroom with Hector ALVARADO-Aboyte. Found in their shared bedroom, was an AR-15 style firearm with no make, model or serial number; a Rock Island Armory .45 Caliber pistol; multiple magazines; 27 rounds of .45 caliber pistol ammunition; 13 rounds of .40 caliber pistol ammunition; and 47 rounds of 5.56 rifle ammunition; VEGA-Ruiz gave agents consent to search his teal Motorola cellular phone. Agents discovered multiple photographs and videos of the three defendants, posing, handling, and shooting multiple weapons including the AR-15 style firearm recovered at the residence.

ALVARADO-Aboyte stated that he lived at the house and shared a bedroom with VEGA-Ruiz. ALVARADO-Aboyte claimed that there had been some other men living in the house when he moved in. He stated that these men moved out recently and left behind firearms and a GMC Yukon. ALVARADO-Aboyte gave consent to search his cellular phone. On his phone were multiple pictures of him and his co-defendants brandishing the firearms found at the residence including a photograph of an uncharged male holding the

- 2 -

AR-15 found at the home (on the left), VEGA-Ruiz and AGUILAR (on the right) with a pistol in his waistband. See Attachment A.

## II.    SENTENCING RECOMMENDATION

The PSR correctly calculated Defendant's final post-departure guidelines range as 30-37 months (using an adjusted offense level of 19 with a Criminal History Category I). To Defendant's credit, he doesn't have a criminal history and was cooperative at the time of his arrest.  Therefore, the United States respectfully requests that the Court impose a sentence of 18 months to reflect the seriousness of the offense while still accounting for Defendant's particular history and characteristics.  A sentence of 18 months will satisfy the 18 U.S.C. § 3553(a) sentencing factors by providing just punishment, promoting respect for the law, and deterring Defendant and other prohibited possessors, while taking into account Defendant's personal history and characteristics and is in parity with the sentences received by similarly situated defendants.

Respectfully submitted this 12th day of November, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ Lisa E. Jennis*
LISA E. JENNIS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Matthew W. Bartz and USPO Tiffany Turner.